# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HAKEEM RICHARD BARNES,**

      **Petitioner,**

v.                                    Case No. 4:15cv170-MW/GRJ

**ERIC H. HOLDER, et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objection having been filed by Petitioner,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss

---

[1] The Petitioner has been removed from the United States to Jamaica subsequent to the filing of his petition.

1

the petition as moot, ECF No. 15, is **GRANTED**." The Clerk shall close the file.

**SO ORDERED on November 5, 2015.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**